UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAOHUI SUN,<br><br>                  Petitioner,<br><br>v.<br><br>SIXTO MARRERO, et al.,<br><br>              Respondents. | Case No.:  3:26-cv-2225-CAB-SBC<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Yaohui Sun's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he entered the United States in June 2024, was detained, and then released on his own recognizance.  [Petition at 4.]  He further alleges he was recently re-detained while working as a truck driver when he was approached by undercover officers and asked to present his driver's license.  [*Id.* at 5.]  Petitioner claims that his re-detention violates the Due Process Clause of the Fifth Amendment.  [*Id.* at 8–9.]

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 4.]  Nor do they make any legal arguments against his Fifth Amendment claim.  Instead, they assert that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b).

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026). Respondents are **ORDERED** to immediately release Petitioner Yaohui Sun under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: April 22, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2225-CAB-SBC